**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BOB HARVIE and BOB HARVIE FOR CONGRESS,**<br>**Plaintiffs,**<br>**v.**<br>**DEFENDING AMERICA PAC, INC. and CHRIS PACK,**<br>**Defendants.** | : | **CIVIL ACTION**<br><br>**No. 2:26-cv-05544**<br><br>**JURY DEMANDED** |

**NOTICE OF INTENT TO FILE AN AMENDED COMPLAINT**

Defendants Defending America PAC, Inc. and Chris Pack filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b) on October 6, 2026 (ECF No. 10). In lieu of filing a response, Plaintiffs Bob Harvie and Bob Harvie for Congress hereby notify the Court that they intend to file an Amended Complaint on or before October 27, 2026, pursuant to Fed. R. Civ. P. 15(a)(1)(B) and Local Civil Rule 7.1(c).

Dated: October 20, 2026

Respectfully submitted,

/s/ *Timothy J. Ford*

Timothy J. Ford (Pa. Id. No. 325290)
Maggie Barker Taylor (Pa. Id. No. 332672)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
mbarkertaylor@dilworthlaw.com
*Counsel for Plaintiffs,*
*Bob Harvie and Bob Harvie for Congress*