**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOB HARVIE,** Plaintiff, v. **DEFENDING AMERICA PAC, INC. and CHRIS PACK,** Defendants. | **CIVIL ACTION** **NO. 2:26-cv-05544** |

**AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff Bob Harvie, by and through his undersigned counsel, timely files this Amended Complaint as of right against Defendants Defending America PAC, Inc. and Chris Pack (together, "Defendants"), arising from Defendants' sustained campaign to defame Harvie by repeatedly and recklessly publishing false and defamatory statements imputing criminal conduct that go beyond the bounds even of a highly contested political campaign.

**INTRODUCTION**

1. Plaintiff Bob Harvie is the Democratic Party nominee for Representative in Congress for Pennsylvania's 1st Congressional District in the November 3, 2026 General Election.

2. Over the past year, Defendants—an out-of-state Super PAC and its out-of-state political consultant—have repeatedly and recklessly published false and defamatory statements calling Harvie an "FBI corruption subject," the "subject of an FBI investigation," or a "criminal subject" on a dedicated website, www.fireharvie.com, in a produced video, in social media posts, and through an electronic mail list intended to reach Harvie's community in Pennsylvania's 1st Congressional District.

3. This is not a mere political attack in a hotly contested campaign. Contrary to the meaning that out-of-state political operatives have endeavored to convey to Harvie's community—that Harvie is somehow connected to a crime—Harvie is not now and never has been the target of any criminal investigation or involved in any criminal wrongdoing, nor has he ever been charged with a crime.

4. Rather, public reporting from 2022 onward makes clear that Harvie appeared before a federal grand jury as a witness, as a former Falls Township elected official alongside several other current and former Falls Township officials, in a probe of political donations and union contracts related to the Pennsbury School District in Bucks County, Pennsylvania.

5. But these unscrupulous out-of-state operatives did not stop there. After Harvie's attorney sent a cease-and-desist letter on July 2, 2026, not only have Defendants boldly continued their attacks, but they now peddle outrageous accusations of inappropriate conduct with a county employee without any substantiation.

6. Defendants' allegations are not only provably false, but in their concerted effort to damage Harvie's reputation in his community, Defendants are making their statements based upon undisclosed defamatory facts or with reckless indifference to whether their statements are true or false. Either way, Defendants acted with actual malice, even in a hotly contested political campaign.

7. Defendants' deliberate and ongoing dissemination of these false claims across multiple media platforms—falsely portraying Harvie as the target or subject of a federal criminal investigation despite publicly available reporting putting Defendants on notice otherwise and making baseless accusations of inappropriate conduct with a county employee—is not politics as

usual. Instead, these statements give rise to actionable claims for defamation and false light invasion of privacy.

**JURISDICTION AND VENUE**

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

9. This civil action is between a plaintiff who is a citizen of the Commonwealth of Pennsylvania and defendants who are citizens of the States of Georgia and New York respectively.

10. The amount in controversy exceeds $75,000 exclusive of interest and costs.

11. Venue is proper in this district, which contains Pennsylvania's 1st Congressional District in its entirety, in which a substantial part of the events or omissions giving rise to the claim occurred pursuant to 28 U.S.C. § 1391(b)(2).

**THE PARTIES**

12. Plaintiff Bob Harvie ("Harvie") is a citizen of the Commonwealth of Pennsylvania.

13. Defendant Defending America PAC, Inc. ("Defending America PAC") is an independent expenditure-only political committee, or Super PAC, registered with the Federal Election Commission.

14. Defending America PAC provided on its Statement of Organization filed with the Federal Election Commission an address of 824 South Milledge Avenue, Suite 101, Athens, Georgia 30605.

15. Defending America PAC is incorporated as a New York not-for-profit corporation at an address of 13349 Broadway Street, Alden, New York 14004.

16. Upon information and belief, therefore, Defending America PAC is a citizen of the States of Georgia and New York.

17. Upon information and belief, Defendant Chris Pack is a political operative who develops and/or approves Defending America PAC's publications calling Harvie an "FBI corruption subject" and launches baseless accusations against Harvie of inappropriate conduct with a county employee.

18. Upon information and belief, Defendant Pack is a citizen of the State of New York residing at 233 Sunset Court, Buffalo, New York 14428.

## FACTUAL ALLEGATIONS

### Harvie's History of Public Service

19. Harvie is the Democratic Party nominee for Representative in Congress for Pennsylvania's 1st Congressional District in the November 3, 2026 General Election.

20. Born and raised in Bristol Borough, Harvie is a lifelong resident of Bucks County, Pennsylvania.

21. Throughout his life, Harvie has served in roles of public trust because of his reputation in his community.

22. For twenty years, Harvie was a teacher and chair of the Social Studies Department at Bucks County Technical High School.

23. After moving to Falls Township in 1999, Harvie became involved in government, serving on the Falls Township Planning Commission for two years.

24. Harvie served on the Falls Township Board of Supervisors from 2003 to 2019, including as Chair of the Board from 2008 to 2019.

25. Harvie was elected to the Board of Commissioners of Bucks County in 2019 and reelected in 2023.

26. Harvie served as Chair of the Board of Commissioners from 2022 to 2023 and again

from 2025 to 2026.

27. Harvie currently serves as Vice-Chair of the Board of Commissioners of Bucks County.

28. Harvie also serves or has served in a number of other roles of public trust, including as a member of the boards of the Southeastern Pennsylvania Transportation Authority (SEPTA), the Pennsylvania Convention Center Authority, the Delaware Valley Regional Finance Authority, the Pennsylvania 911 Advisory Board, and the Pennsylvania Workforce Development Board.

**The Public Record Regarding the FBI's Investigation in Bucks County**

29. In July 2020, *LevittownNow.com* reported that the FBI was investigating matters "related to local government and politics, unions, contractors, political donations, and recent problems in the Pennsbury School District" in Bucks County.[1]

30. The article reported that the FBI's probe dated back to 2017.[2]

31. On September 13, 2022, *LevittownNow.com* published another report stating that Harvie had testified as a witness before a federal grand jury in connection with the FBI's investigation in Bucks County.[3]

32. The article did not identify the source of the information reported therein.

33. The article noted that "[f]ederal law enforcement and prosecutors, as policy, do not comment about ongoing investigations" and that "[a]mid a grand jury, they are unable to break

---

[1] Tom Sofield, "Exclusive: FBI, Other Law Enforcement Asking Questions in Area," *LevittownNow.com* (July 27, 2020), https://levittownnow.com/2020/07/27/law-enforcement-asking-questions-in-area/.

[2] *Id.*

[3] Tom Sofield, "Exclusive: County Commissioner Harvie, Other Former & Current Falls Twp. Officials Testify Before Grand Jury," *LevittownNow.com* (Sept. 13, 2022), https://levittownnow.com/2022/09/13/exclusive-county-commissioner-harvie-other-former-current-falls-twp-officials-testify-before-grand-jury.

grand jury secrecy to comment."[4]

34. Nevertheless, the article made clear that "no charges have been filed, no indictments handed down, and no accusations of wrongdoing have been made by authorities at this point."[5]

35. The article also emphasized that "[b]eing called to testify before a grand jury does not confirm any involvement in potential crimes and is part of the investigative process in the federal system."[6]

36. A year later, in September 2023, Harvie's political opponents sought to attack him by mischaracterizing his involvement in the FBI investigation.

37. Specifically, as Harvie ran for re-election as Bucks County Commissioner, *LevittownNow.com* reported that Harvie's Republican opponents sent out campaign mailers stating that Harvie was "wrapped up in an FBI investigation."[7]

38. Harvie immediately issued a statement, quoted by *LevittownNow.com*, in which he denied this claim as categorically false: "I am not now and never have been the target of any criminal investigation."[8]

39. As in the September 2022 article, this article emphasized that "[n]o charges have been filed, no indictments handed down, and no accusations of wrongdoing have been made public by authorities as of" September 22, 2023.[9]

---

[4] *Id.*
[5] *Id.*
[6] *Id.*
[7] Tom Sofield, "Commissioner Harvie Says He Wasn't Target of FBI Investigation," *LevittownNow.com* (Sept. 30, 2023), https://levittownnow.com/2023/09/30/commissioner-harvie-says-he-wasnt-target-of-fbi-investigation/.
[8] *Id.*
[9] *Id.*

40. Contemporaneous public reporting in *NewtownPaNow.com* corroborated Harvie's denial as to his involvement in the FBI probe: "Sources close to the probe have told *LevittownNow.com* over the past year that they had not seen evidence Harvie was the target of the investigation."[10]

41. The article reiterated that "[n]o charges or indictments have been filed related to the investigation."[11]

42. Afterward, the Republican candidates promoted in the campaign mailer "denounced the mailer and apologized," and Harvie publicly stated that one of the candidates "admitted" to another Bucks County commissioner "that [the candidate] knows these attacks are lies."[12]

43. More recently, reporting by the *Philadelphia Inquirer* confirmed that, as of October 19, 2026, "[n]o indictments or charges have been filed in connection with the investigation."[13]

44. The *Inquirer* also reported that "[i]n an interview, Harvie said he has never been under investigation" and that he "testified as a witness before the grand jury in addition to other officials," and "does not have any files to release."[14]

---

[10] Tom Sofield, "Union Officials: Candidates Apologized for Mailer," *NewtownPaNow.com* (Oct. 6, 2023), https://newtownpanow.com/2023/10/06/union-backlash-over-gop-mailer-sparks-tensions-in-county-commissioners-race/.
[11] *Id.*
[12] *Id.*
[13] Fallon Roth, "Does Brian Fitzpatrick's Challenger, Bob Harvie, Have 'FBI Files' to Release? Pa. Legal Experts Say It's Unlikely," *Philadelphia Inquirer*, (Oct. 19, 2026), https://www.inquirer.com/politics/election/brian-fitzpatrick-bob-harvie-fbi-files-fact-check-20261019.html.
[14] *Id.*

45. Harvie has had no further contact with the FBI since testifying as a witness before the federal grand jury in 2022 and has not been asked to provide any further testimony, information, or assistance in connection with any FBI investigation in Bucks County or elsewhere.

46. Harvie was never a target of the FBI's investigation in Bucks County.

47. Harvie has never been charged with any crime in connection with the FBI's investigation in Bucks County.

48. Harvie understood that he appeared in the capacity of a witness at the time of his grand jury testimony in 2022.

49. Notwithstanding these facts and corroborating public reports, Defendants have repeatedly published statements falsely asserting or implying that Harvie was, or is, the "subject of an FBI investigation" and that he appeared before the federal grand jury because he was under criminal investigation.

**Defendants Accuse Harvie of Being an "FBI Corruption Subject"**

50. In April 2025, Harvie announced his candidacy for the U.S. House of Representatives, and in September 2025, he filed a Statement of Candidacy with the Federal Election Commission for Pennsylvania's 1st Congressional District.

51. In the May 19, 2026 Primary Election, Harvie won the Democratic Party's nomination for Representative in Congress for Pennsylvania's 1st Congressional District in the General Election on November 3, 2026.

52. Harvie's political opponent in the General Election is Republican Congressman Brian Fitzpatrick.

53. Defendant Defending America PAC is a political action committee "committed to implementing a strategic campaign that defends Congressman Fitzpatrick from extremist challengers on the far left and far right."[15]

54. Defending America PAC's Facebook page describes its mission as "committed to fully implementing a strategic campaign to fully expose FBI Corruption Subject Bob Harvie and all far-left and far-right extremist candidates in PA-1."

55. Upon information and belief, Defendant Chris Pack is an out-of-state political consultant based in New York responsible for developing and/or approving Defendant Defending America PAC's sustained campaign of calling Bob Harvie an "FBI corruption subject."

56. A recent publication identified Defendant Pack as "President" of Defending America PAC, Inc.[16]

57. Campaign finance reports reveal payments by Defending America PAC, Inc. for "strategy consulting" to Defendant Pack's firm, Breakwall Group.

58. Throughout the duration of Harvie's Congressional campaign, Defendants have repeatedly published statements falsely asserting or implying that Harvie was, or is, "the subject" of the FBI's investigation in Bucks County.

59. The *Philadelphia Inquirer*'s article on October 19, 2026, specifically identified "pro-Fitzpatrick super PAC, Defending America PAC," as "churning out different versions of the

---

[15] Defending America PAC, "Our Strategy," https://www.defendingamericapac.com/ (last visited Oct. 21, 2026).

[16] Tom Sofield, "Congressional Candidate Bob Harvie Sends Cease-&-Desist Letter to PAC Over Attack Ads," *LevittownNow.com* (July 2, 2026), https://levittownnow.com/2026/07/02/congressional-candidate-bob-harvie-sends-cease-desist-letter-to-pac-over-attack-ads/.

attack" that Harvie is the "subject" of an FBI corruption investigation, and pointed out that "the ads imply that Harvie's grand jury testimony indicates malfeasance."[17]

60. The term "subject" has a specific meaning in federal criminal investigations. The U.S. Department of Justice Manual defines "'subject' of an investigation" as "a person whose conduct is within the scope of the grand jury's investigation." JM 9-11.151.

61. The locus of Defendants' campaign to defame Harvie is Defending America PAC's website: Fire Bob Harvie at www.fireharvie.com.

62. The disclaimer on fireharvie.com states, "Paid for by Defending America PAC. Not authorized by any candidate or candidates [sic] committee. 824 S Miledge [sic] Avenue, Ste 102, Athens, GA 30605."

63. Fireharvie.com refers to Harvie as "the subject of an FBI corruption investigation" or an "FBI corruption subject" throughout the website, including on pages about topics as unrelated as 2025 Q4 campaign finance reports,[18] a Democratic Congressional Campaign Committee's "Red to Blue" list,[19] a Bucks County Democratic Committee forum,[20] former Congressman Eric Swalwell,[21] and Harvie's campaign website.[22]

---

[17] Roth, *supra* note 13.
[18] "Bob Harvie Is Totally Fu…," *Fire Bob Harvie* (Feb. 17, 2026), https://fireharvie.com/bob-harvie-is-totally-fu/.
[19] "House Dem Campaign Arm Bails on Bob Harvie," *Fire Bob Harvie* (Feb. 23, 2026), https://fireharvie.com/house-dem-campaign-arm-bails-on-bob-harvie/.
[20] "Plot Twist: Santarsiero Is a Racist AND a Misogynist," *Fire Bob Harvie* (Mar. 3, 2026), https://fireharvie.com/plot-twist-santarsiero-is-a-racist-and-a-misogynist/.
[21] "VIDEO: Bob Harvie Protects Sexual Predators," *Fire Bob Harvie* (Apr. 12, 2026), https://fireharvie.com/video-%f0%9f%93%b9-bob-harvie-protects-sexual-predators/; "Harvie Shamed Into Calling Out Sexual Predators," *Fire Bob Harvie* (Apr. 12, 2026), https://fireharvie.com/harvie-shamed-into-calling-out-sexual-predators/ .
[22] "Bob Harvie Caught Coordinating with Special Interest and Dark Money Groups," *Fire Bob Harvie*, (May 14, 2026), https://fireharvie.com/bob-harvie-caught-coordinating-with-special-interest-and-dark-money-groups/.

64. None of these pages provide any factual basis or clarifying context for implicating Harvie in an FBI corruption investigation, particularly when discussing unrelated topics.

65. Upon information and belief, Defending America PAC has used similar language on other pages of fireharvie.com.

66. Defending America PAC operates another website called fbicorruptionsubjectbobharvie.com, dedicated to "[t]racking whether Bob Harvie has publicly released his complete, unredacted FBI grand jury transcript, FD-302 interview reports, grand jury subpoenas, and any and all DOJ correspondence related to the FBI corruption investigation."[23]

67. The disclaimer on this second website states, "Paid for by Defending America PAC. Not authorized by any candidate or candidate's committee. 824 S Milledge Avenue, Ste 102, Athens, GA 30605."

68. Defendants also use various social media platforms to disseminate defamatory statements implicating Harvie in criminal wrongdoing.

69. Defending America PAC has referred to Harvie as an "FBI corruption subject" or "criminal subject" in at least thirty social media posts, including at least thirteen Facebook posts between August 2025 and October 2026.

70. In one Facebook post, Defending America PAC blatantly suggested that it had access to undisclosed information about Harvie, including Harvie's "FBI file," and threatened that "[e]very voter in PA-1 will soon learn all about this":

[23] "Has FBI Corruption Subject Bob Harvie Released the Records?" *FBI Corruption Subject Bob Harvie*, https://fbicorruptionsubjectbobharvie.com/(last visited Oct. 21, 2026).




71. Defendant Pack made an identical post on his X.com account:[24]




72. Indeed, Defendant Pack has called Harvie an "FBI corruption subject" in at least twenty posts or replies on his X.com account between August 2025 and October 2026.

73. Upon information and belief, Defendant Pack has also told reporters that Harvie is an "FBI corruption subject" or under FBI investigation.

[24] Chris Pack (@ChrisPack716), X (Nov. 26, 2025, at 12:25 p.m. ET), https://x.com/ChrisPack716/status/1993732793164071334.

74. The repeated use of the label "FBI corruption subject" by Defendants throughout their online communications across multiple platforms is susceptible to only one reasonable conclusion: that Defendants seek to impute criminal conduct to Harvie.

75. These statements by Defendants convey to residents of Pennsylvania's 1st Congressional District, in Harvie's community, that Harvie committed crimes, abused his public office, engaged in public corruption, and was, or is, the subject of an FBI investigation.

**Defendants Double Down on Defamation**

76. On July 2, 2026, Plaintiff sent a cease-and-desist letter to Defendants demanding that they "immediately cease and desist from falsely calling Bob an 'FBI corruption subject,' remove any such references on websites and social media accounts controlled by Defending America PAC or Chris Pack, and issue a public apology to set the record straight for the voters of Pennsylvania's 1st Congressional District." Letter from Timothy J. Ford, Esq. to Paul Kilgore & Chris Pack (July 2, 2026) ("Cease-and-Desist Letter"), attached as **Exhibit A**.

77. The Cease-and-Desist Letter further explained that Defendants "cannot easily disclaim awareness of serious doubts as to [the] truth" of Defendants' baseless allegations when "they republish[] a claim after it has been publicly and specifically denied by its subject, and after press reporting has corroborated the denial." Cease-and-Desist Letter, Ex. A at 2 (citing *St. Amant v. Thompson*, 390 U.S. 727, 732 (1968)).

78. The Cease-and-Desist letter put Defendants on notice of the falsity of their baseless accusations, stating, "And if you somehow had not already been on notice of Bob's public denials and other statements around the grand jury testimony, this letter now puts you on notice." Cease-and-Desist Letter, Ex. A at 3.

79. Defendants did not respond directly to Plaintiff. Instead, they doubled down on their false and defamatory statements online.

80. First, Defendant Pack reposted the letter on his X.com account in response to a post by the National Republican Congressional Committee (NRCC). In his post, he highlighted the letter's statement that he had called Harvie an "FBI corruption subject" or "under FBI investigation" at least twenty-seven times, stated that he "[a]greed," and again called Harvie an "FBI Corruption Subject," adding, "(And you'll need to update this to 28.)":[25]

[25] Chris Pack (@ChrisPack716), X (July 2, 2026), https://x.com/NRCC/status/2072713341907108317.




81. Next, Defendant Pack posted the letter directly to his own X.com account, calling Harvie an "FBI corruption subject" twice more, and adding "*29, and 30."[26]

82. Despite the Cease-and-Desist letter, Defending America PAC continued to defame Harvie, posting to fireharvie.com on July 29, 2026, that "Defending America PAC Offers to Pay for FBI Corruption Subject Bob Harvie's Defamation Lawsuit."[27]

---

[26] Chris Pack (@ChrisPack716), X (July 2, 2026, at 1:19 p.m. ET), https://x.com/ChrisPack716/status/2072731981251531080.
[27] "Defending America PAC Offers to Pay for FBI Corruption Subject Bob Harvie's Defamation Lawsuit," *Fire Bob Harvie* (July 29, 2026), https://fireharvie.com/defending-america-pac-offers-to-pay-for-fbi-corruption-subject-bob-harvies-defamation-lawsuitwhen-can-we-expect-fbi-corruption-subject-bob-harvies-defamation-lawsuit/.

83. The page further stated, "Fast forward to today, and he still hasn't filed suit *despite us calling him an FBI corruption subject dozens of additional times*."[28]

84. A week later, on August 5, 2026, Harvie sued Defendants for defamation and false light invasion of privacy. ECF No. 1.

85. Still undeterred, Defending America PAC has uploaded at least ten additional posts to fireharvie.com since Harvie commenced this action, all of which refer to Harvie as an "FBI corruption subject."

86. Likewise, since Harvie commenced this action, Defendant Pack has made at least five posts or replies on his X.com account, all of which call Harvie an "FBI corruption subject."

**<u>Without Any Facts, Defendants Make Outrageous Accusations of Inappropriate Conduct</u>**

87. Defendants' attacks are not limited to accusations of criminal corruption. In the same post admitting to calling Harvie "an FBI corruption subject dozens of additional times," and offering to pay for Harvie's defamation suit, Defendants accused Harvie of "getting a little too cozy with a county employee."[29]

> Speaking of Harvie's scumbbaggery, we get that Harvie's bank account may be a little tight after his recent divorce. Word on the street is that it may have had something to do with Harvie getting a little too cozy with a county employee. So, in the interest of finally reaching the discovery phase of this lawsuit Havie is threatening us with, we're willing to pay for Harvie to sue us.

88. The publication linked to a screenshot of a Facebook post by "Chris Smith" with a picture of Harvie and the text, "I'm Bobbie Harvie and I banged #SaraRisi, a Bucks County

[28] *Id.* (emphasis added).
[29] *Id.*

Children Children [sic] and Youth Worker while I was married. Did I help her become a supervisor?"[30]




89. Defendant Defending America PAC posted the same accusation of Harvie "getting cozy with a county employee" on its Facebook page and included a link to the fireharvie.com post offering to pay for Harvie's defamation lawsuit.

90. Defendants also widely republished via an email blast to their followers the accusation that Harvie was "getting cozy" with a county employee and included a link to the fireharvie.com post and the link to the Facebook screenshot referenced above.

91. Harvie never cheated on his wife and never had sex with a Bucks County employee.

92. Harvie never used his position to influence a decision to promote a Bucks County employee inappropriately.

---

[30] https://fireharvie.com/wp-content/uploads/2026/07/DirtyBob.jpeg.

93. The Facebook screenshot with Harvie's picture directly accuses Harvie of engaging in an extramarital relationship with a Bucks County employee while serving as a Bucks County Commissioner and misusing his public office, in order to destroy his reputation.

94. Upon information and belief, Defendants made no effort to verify the truth of the Facebook screenshot before republishing it on fireharvie.com and subsequently disseminating it widely through an email blast to their mailing list.

95. It is incorrect, irresponsible, and defamatory for Defendants to take unfounded allegations and republish them without knowing the facts.

96. Defendants' reckless disregard for the truth rises to the level of actual malice, even in the context of a hotly contested political campaign.

**CLAIMS FOR RELIEF**

**Count I**
**Defamation**

97. Plaintiff Bob Harvie incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

98. Defendants published, and continue to publish, numerous false and defamatory statements concerning Harvie through a dedicated website, social media posts, email communications, and video posts.

99. Defendants falsely state and imply that Harvie was, or is, an "FBI corruption subject," the "subject of an FBI investigation," or a "criminal subject," and that he engaged in criminal conduct.

100. Defendants also falsely state and imply that Harvie cheated on his wife, had sex with a Bucks County employee, and used his position to influence a decision to promote a Bucks County employee inappropriately.

101. Defendants have published their false and defamatory statements widely, and these statements have been received by Harvie's community in Pennsylvania's 1st Congressional District.

102. The statements expressly identify Harvie by name and are understood by their recipients, including Harvie's community in Pennsylvania's 1st Congressional District, to refer to Harvie.

103. The statements are false. Harvie has never been charged with any crime in connection with the FBI's investigation in Bucks County, and he has never engaged in the criminal conduct Defendants attribute to him.

104. Harvie was never a target of the FBI's investigation.

105. Harvie understood that he provided testimony in grand jury proceedings in the capacity of a witness.

106. Harvie has never cheated on his wife and never had sex with a Bucks County employee, nor has he ever used his position to influence a decision to promote a Bucks County employee inappropriately.

107. The statements made by Defendants are capable of a defamatory meaning and are understood by recipients, including Harvie's community in Pennsylvania's 1st Congressional District, to mean that Harvie committed crimes, abused his public office, engaged in public corruption, and was, or is, the subject of an FBI criminal investigation.

108. These statements harm Harvie's reputation, expose him to public contempt and ridicule, discourage others from associating with him, and tend to lower him in the estimation of the community.

109. The statements constitute defamation per se because they falsely impute criminal conduct and sexual misconduct incompatible with Harvie's fitness to serve as an elected public official.

110. Under Pennsylvania law, a statement can be defamatory without charging a particular criminal offense by name or description. Restatement (Second) of Torts § 571, cmt. c.

111. Defendants know the statements are false or act with reckless disregard as to their truth or falsity, intending to portray Harvie falsely as corrupt and engaged in criminal conduct.

112. Despite Harvie's repeated public denials and independent media reports directly refuting Defendants' claims that Harvie was, or is, the subject of an FBI investigation, Defendants repeatedly publish and republish these false statements.

113. Likewise, Defendants made no effort to verify the truth of a Facebook post that they republished on their website directly accusing Harvie of engaging in an extramarital relationship with a Bucks County employee while serving as a Bucks County Commissioner and misusing his public office to promote a Bucks County employee.

114. Defendants provide no factual basis for their false and defamatory statements, which imply the existence of undisclosed defamatory facts.

115. As a direct and proximate result of Defendants' defamatory publications, Harvie suffers serious injury to his reputation and standing in the community, including among residents in Bucks County and Pennsylvania's 1st Congressional District, both during and after his campaign for Representative in Congress for Pennsylvania's 1st Congressional District.

116. In Defendants' concerted effort to diminish public confidence in Harvie's integrity and fitness for public office, Defendants' publications have harmed his personal and professional

reputation built over more than two decades of public service, caused emotional distress, and caused other damages, in an amount to be determined at trial.

117. Defendants' conduct is not politics as usual. As shown by doubling down on their escalating rhetoric, Defendants' conduct is willful, wanton, malicious, and undertaken with actual malice and reckless indifference to Harvie's rights, thereby entitling Harvie to recover punitive damages.

**WHEREFORE**, Plaintiff Bob Harvie respectfully requests this Court enter judgment in his favor and against Defendants, and award compensatory damages, presumed damages, punitive damages, and attorneys' fees in excess of $75,000 as well as costs of suit, as permitted by law, and such other relief as the Court deems just and proper.

## Count II
## False Light Invasion of Privacy

118. Plaintiff Bob Harvie incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

119. Defendants give widespread publicity to matters concerning Harvie by publishing and repeatedly republishing statements through a dedicated website, social media posts, email communications, and video.

120. Through those publications, Defendants falsely portray Harvie as corrupt, the subject of an FBI criminal investigation, engaging in an extramarital relationship with a Bucks County employee, and misusing his public office to promote a Bucks County employee.

121. Defendants create this false impression by selectively publicizing portions of the publicly available facts while omitting material facts, including that Harvie appeared before the federal grand jury as a witness, not as the subject or target of the FBI's investigation; no criminal charges were filed against Harvie; no public accusation of wrongdoing was ever made against him;

Harvie publicly denied he was under investigation; and independent public reporting continues to confirm that Harvie was not under FBI investigation.

122. By omitting these material facts while repeatedly describing Harvie as an "FBI corruption subject," the "subject of an FBI investigation," a "criminal subject," or otherwise associating him with corruption and criminal wrongdoing, Defendants are intentionally publicizing Harvie in a false light.

123. Likewise, Defendants made no effort to verify the truth of a Facebook post that they republished on their website directly accusing Harvie of engaging in an extramarital relationship with a Bucks County employee while serving as Bucks County Commissioner and misusing his public office to promote a Bucks County employee.

124. The false light in which Defendants place Harvie would be highly offensive to a reasonable person.

125. Defendants know that the false impression created by their publications is false or act with reckless disregard for the falsity of the matters publicized and the false light in which those publications place Harvie.

126. As a direct and proximate result of Defendants' defamatory publications, Harvie suffers serious injury to his reputation and standing in the community, including among residents in Bucks County and Pennsylvania's 1st Congressional District, both during and after his campaign for Representative in Congress for Pennsylvania's 1st Congressional District.

127. In Defendants' concerted effort to diminish public confidence in Harvie's integrity and fitness for public office, Defendants' publications have harmed his personal and professional reputation built over more than two decades of public service, caused emotional distress, and caused other damages, in an amount to be determined at trial.

128. Defendants' conduct is not politics as usual. As shown by doubling down on their escalating rhetoric, Defendants' conduct is willful, wanton, malicious, and undertaken with actual malice and reckless indifference to Harvie's rights, thereby entitling Harvie to recover punitive damages.

**WHEREFORE**, Plaintiff Bob Harvie respectfully requests this Court enter judgment in his favor and against Defendants, and award compensatory damages, presumed damages, punitive damages, and attorneys' fees in excess of $75,000 as well as costs of suit, as permitted by law, and such other relief as the Court deems just and proper.

Dated: October 27, 2026

Respectfully submitted,

/s/ *Timothy J. Ford*

Timothy J. Ford (Pa. Id. No. 325290)
Maggie Barker Taylor (Pa. Id. No. 332672)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
mbarkertaylor@dilworthlaw.com
*Counsel for Plaintiff Bob Harvie*

**JURY DEMAND**

Plaintiffs demand trial by jury on all issues so triable.

Dated: October 27, 2026

Respectfully submitted,

/s/ *Timothy J. Ford*

Timothy J. Ford (Pa. Id. No. 325290)
Maggie Barker Taylor (Pa. Id. No. 332672)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
mbarkertaylor@dilworthlaw.com
*Counsel for Plaintiff Bob Harvie*

**CERTIFICATE OF SERVICE**

I, Timothy J. Ford, hereby certify that on October 27, 2026, I caused a true and correct copy of the First Amended Complaint to be filed through the Court's Electronic Filing System, which will provide service to counsel of record as listed below:

George Bochetto, Esq.
Bochetto & Lentz, P.C.
1424 Locust Street
Philadelphia, PA 19102
gbochetto@bochettoandlentz.com
*Local Counsel for Defendants Defending America PAC and Chris Pack*

Dennis W. Polio Esq.
Lex Politica
611 Pennsylvania Ave. SE, #353
Washington, DC 20003
dpolio@lexpolitica.com
*Counsel for Defendants Defending America PAC and Chris Pack*

/s/ *Timothy J. Ford*
Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
*Counsel for Plaintiffs,*
*Bob Harvie and Bob Harvie for Congress*