**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**BOB HARVIE and BOB HARVIE FOR, CONGRESS,** : **CIVIL ACTION**
**Plaintiffs,** :
**v.** : **NO. 2:26-cv-05544**
**DEFENDING AMERICA PAC, INC. and CHRIS PACK,** :
**Defendants.** :

**AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs Bob Harvie, by and through his undersigned counsel, timely files this Amended Complaint as of right and Bob Harvie for Congress bring this action against Defendants Defending America PAC, Inc. and Chris Pack (together, "Defendants"), arising from Defendants' sustained campaign to defame Harvie by repeatedly and recklessly publishing false and defamatory statements imputing criminal conduct that go beyond the bounds even of a highly contested political campaign.

**INTRODUCTION**

1. Plaintiff Bob Harvie is the Democratic Party nominee for Representative in Congress for Pennsylvania's 1st Congressional District in the November 3, 2026 General Election.

2. Over the past year, Defendants—an out-of-state Super PAC and its out-of-state political consultant—have repeatedly and recklessly published false and defamatory statements calling Harvie an "FBI corruption subject,," the "subject of an FBI investigation," or a "criminal subject" or "under FBI investigation" on a dedicated website, http://www.fireharvie.com, in a produced video, in social media posts, and through an electronic mail list intended to reach Harvie's community in Pennsylvania's 1st Congressional District.

Formatted: No underline

Field Code Changed

**Error! Unknown document property name.**

3. This is not a mere political attack in a hotly contested campaign. Contrary to the meaning that out-of-state political operatives have endeavored to convey to Harvie's community ~~—to convince Harvie's community~~ that Harvie is somehow connected to a crime—Harvie is not now and never has been the target of any criminal investigation or involved in any criminal wrongdoing, ~~-~~nor has he ever been charged with a crime.

4. Rather, public reporting from~~in~~ 2022 onward makes clear that Harvie appeared before a federal grand jury ~~in 2021~~ as a witness, as a former Falls Township elected official alongside several other current and former Falls Township officials, in a probe of political donations and union contracts related to the Pennsbury School District in Bucks County, Pennsylvania.

5. But these unscrupulous out-of-state operatives did not stop there. After Harvie's attorney sent a cease-and-desist letter on July 2, 2026, not only have Defendants boldly continued their attacks, but they now peddle outrageous accusations of inappropriate conduct with a county employee without any substantiation.

6. Defendants' allegations are not only provably false, but in their concerted effort to damage Harvie's reputation in his community, Defendants are making their statements based upon undisclosed defamatory facts or with reckless indifference to whether their statements are true or false. Either way, Defendants acted with actual malice, even in a hotly contested political campaign.

7. Defendants' deliberate and ongoing dissemination of these false claims across multiple media platforms—falsely portraying Harvie as the target or subject of a federal criminal investigation despite publicly available reporting putting Defendants on notice otherwise and making baseless accusations of inappropriate conduct with a county employee—is not politics as

usual. Instead, these statements give rise to actionable claims for defamation and false light invasion of privacy.

**JURISDICTION AND VENUE**

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

9. This civil action is between a plaintiff~~s~~ who is a ~~are~~ citizen~~s~~ of the Commonwealth of Pennsylvania and defendants who are citizens of the States of Georgia and New York respectively.

10. The amount in controversy exceeds $75,000 exclusive of interest and costs.

11. Venue is proper in this district, which contains Pennsylvania's 1st Congressional District in its entirety, in which a substantial part of the events or omissions giving rise to the claim occurred pursuant to 28 U.S.C. § 1391(b)(2).

**THE PARTIES**

12. Plaintiff Bob Harvie ("Harvie") is a citizen of the Commonwealth of Pennsylvania.

~~12.~~

~~13. Plaintiff Bob Harvie for Congress is the principal campaign committee authorized by Bob Harvie and registered with the Federal Election Commission in connection with his candidacy for office in the U.S. House of Representatives.~~

~~Bob Harvie for Congress maintains a registered mailing address of P.O. Box 67, Langhorne, Pennsylvania 19047.~~

**Formatted:** List Paragraph, Left, Line spacing: single

~~14.~~13. Defendant Defending America PAC, Inc. ("Defending America PAC") is an independent expenditure-only political committee, or Super PAC, registered with the Federal Election Commission.

~~15.~~14. Defending America PAC provided on its Statement of Organization filed with the Federal Election Commission an address of 824 South Milledge Avenue, Suite 101, Athens, Georgia 30605.

16.15. Defending America PAC is incorporated as a New York not-for-profit corporation at an address of 13349 Broadway Street, Alden, New York 14004.

17.16. Upon information and belief, therefore, Defending America PAC is a citizen of the States of Georgia and New York.

18.17. Upon information and belief, Defendant Chris Pack is a political operative who developsed and/or approvesd Defending America PAC's publications calling Harvie an "FBI corruption subject" or "under FBI investigation" and launchesits baseless accusations against Harvie of inappropriate conduct with a county employee.

19.18. Upon information and belief, Defendant Pack is a citizen of the State of New York residing at 233 Sunset Court, Buffalo, New York 14428.

**FACTUAL ALLEGATIONS**

**Harvie's History of Public Service**

20.19. Harvie is the Democratic Party nominee for Representative in Congress for Pennsylvania's 1st Congressional District in the November 3, 2026 General Election.

21.20. Born and raised in Bristol Borough, Harvie is a lifelong resident of Bucks County, Pennsylvania.

21. Throughout his life, Harvie has served in roles of public trust because of his reputation in his community.

22. For twenty years, Harvie was a teacher and chair of the Social Studies Department at Bucks County Technical High School.

23. After moving to Falls Township in 1999, Harvie became involved in government, serving on the Falls Township Planning Commission for two years.



**Error! Unknown document property name.**

24. Harvie served on the Falls Township Board of Supervisors from 2003 to 2019, including as Chair of the Board from 2008 to 2019.

25. Harvie was elected to the Board of Commissioners of Bucks County in 2019 and reelected in 2023.

26. Harvie served as Chair of the Board of Commissioners from 2022 to 2023 and again from 2025 to 2026.

27. Harvie currently serves as Vice-Chair of the Board of Commissioners of Bucks County.

28. Harvie also serves or has served in a number of other roles of public trust, including as a member of the boards of the Southeastern Pennsylvania Transportation Authority (SEPTA), the Pennsylvania Convention Center Authority, the Delaware Valley Regional Finance Authority, the Pennsylvania 911 Advisory Board, and the Pennsylvania Workforce Development Board.

**The Public Record Regarding the FBI's Investigation in Bucks County**

29. In July 2020, *LevittownNow.com* reported that the FBI was investigating matters "related to local government and politics, unions, contractors, political donations, and recent problems in the Pennsbury School District" in Bucks County.[1]

30. The article reported that the FBI's probe dated back to 2017.[2]

31. OnIn September 13, 2022, *LevittownNow.com* published another report stating that Harvie had testified as a witness before a federal grand jury in connection with the FBI's

[1] Tom Sofield, "Exclusive: FBI, Other Law Enforcement Asking Questions in Area," *LevittownNow.com* (July 27, 2020), https://levittownnow.com/2020/07/27/law-enforcement-asking-questions-in-area/.
[2] *Id.*



**Error! Unknown document property name.**

investigation in Bucks County.[3]

32. The article did not identify the source of the information reported therein.

33. The article noted that "[f]ederal law enforcement and prosecutors, as policy, do not comment about ongoing investigations" and that "[a]mid a grand jury, they are unable to break grand jury secrecy to comment."[4]

~~32.~~ Nevertheless, ~~Harvie was never a target of the FBI's investigation in Bucks County.~~

~~33. Harvie understood that he appeared in the capacity of a witness at the time of his grand jury testimony.~~

34. t~~T~~he ~~September 13, 2022~~ article made clear that "no charges have been filed, no indictments handed down, and no accusations of wrongdoing have been made by authorities at this point."[5]

35. The article also ~~made clear~~emphasized that "[b]eing called to testify before a grand jury does not confirm any involvement in potential crimes and is part of the investigative process in the federal system."[6]

~~35.~~

36. A year later, in September 2023, Harvie's political opponents~~, in an attempt~~sought to attack him by~~,~~ mischaracterizing~~ed~~ his involvement in the FBI investigation.

---

[3] Tom Sofield, "Exclusive: County Commissioner Harvie, Other Former & Current Falls Twp. Officials Testify Before Grand Jury," *LevittownNow.com* (Sept. 13, 2022), ~~https://levittownnow.com/2022/09/13/exclusive-county-commissioner-harvie-other-former-current-falls-twp-officials-testify-before-grand-jury/ials Testify Before Grand Jury - LevittownNow.com~~ https://levittownnow.com/2022/09/13/exclusive-county-commissioner-harvie-other-former-current-falls-twp-officials-testify-before-grand-jury.

[4] *Id.*

[5] *Id.*

[6] *Id.*



**Error! Unknown document property name.**

**Formatted:** Space After: 0 pt

**Formatted:** Space After: 0 pt, No widow/orphan control

**Formatted:** Space After: 0 pt

**Field Code Changed**

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt, Italic

**Formatted:** Font: 12 pt

37. Specifically, as Harvie ran for re-election as Bucks County Commissioner, *LevittownNow.com* reported that Harvie's Republican opponents sent out campaign mailers stating that Harvie was "wrapped up in an FBI investigation."[7]

38. Harvie immediately ~~and publicly~~ issued a statement, ~~published~~ quoted by *LevittownNow.com*, in which he deniedying this claim as categorically false: "I am not now and never have been the target of any criminal investigation."[8]

39. As in the September 2022 article, this article emphasized that "[n]o charges have been filed, no indictments handed down, and no accusations of wrongdoing have been made public by authorities as of" September 22, 2023.[9]

~~38.~~

40. Contemporaneous public reporting in *NewtownPaNow.com* corroborated Harvie's denial as to his involvement in the FBI probe: "Sources close to the probe have told *LevittownNow.com* over the past year that they had not seen evidence Harvie was the target of the investigation."[10]

~~39.~~41. The article reiterated that "[n]o charges or indictments have been filed related to the investigation."[11]

[7] Tom Sofield, "Commissioner Harvie Says He Wasn't Target of FBI Investigation," *LevittownNow.com* (Sept. 30, 2023), https://levittownnow.com/2023/09/30/commissioner-harvie-says-he-wasnt-target-of-fbi-investigation/.

[8] *Id.*

[9] *Id.*

[10] Tom Sofield, "Union Officials: Candidates Apologized for Mailer," *NewtownPaNow~~LevittownNow~~.com* (Oct. 6, 2023), https://newtownpanow.com/2023/10/06/union-backlash-over-gop-mailer-sparks-tensions-in-county-commissioners-race/.

[11] *Id.*

Formatted: Indent: Left: 0.5", No bullets or numbering
Formatted: Font: Italic
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Italic
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt
Formatted: Font: 12 pt, Italic
Formatted: Font: 12 pt



**Error! Unknown document property name.**

~~40.~~42. Afterward, the Republican candidates promoted in the campaign mailer "denounced the mailer and apologized," and Harvie publicly stated that one of the candidates "admitted" to another Bucks County commissioner "that [the candidate] knows these attacks are lies."[12]

43. More recently, reporting by the *Philadelphia Inquirer* confirmed that, as of October 19, 2026, "[n]o indictments or charges have been filed in connection with the investigation."[13]

44. The *Inquirer* also reported that "[i]n an interview, Harvie said he has never been under investigation" and that he "testified as a witness before the grand jury in addition to other officials," and "does not have any files to release."[14]

45. Harvie has had no further contact with the FBI since testifying as a witness before the federal grand jury in 2022 and has not been asked to provide any further testimony, information, or assistance in connection with any FBI investigation in Bucks County or elsewhere.

46. Harvie was never a target of the FBI's investigation in Bucks County.

47. Harvie has never been charged with any crime in connection with the FBI's investigation in Bucks County.

48. Harvie understood that he appeared in the capacity of a witness at the time of his grand jury testimony in 2022.

**Formatted:** Space After: 0 pt

~~41. Harvie has never been charged with any crime in connection with the FBI's investigation in Bucks County.~~

~~42. Harvie has had no further contact whatsoever with the FBI since testifying as a witness before the federal grand jury in 2022.~~

**Formatted:** Normal, Left, Line spacing: single, No bullets or numbering

[12] *Id.*

[13] Fallon Roth, "Does Brian Fitzpatrick's Challenger, Bob Harvie, Have 'FBI Files' to Release? Pa. Legal Experts Say It's Unlikely," ~~The~~ *Philadelphia Inquirer*, (Oct. 19, 2026), https://www.inquirer.com/politics/election/brian-fitzpatrick-bob-harvie-fbi-files-fact-check-20261019.html.

[14] *Id.*

43. Since 2022, Harvie has not been asked to provide any further testimony, information, or assistance in connection with any FBI investigation in Bucks County or elsewhere.

44.49. NeverthelessNotwithstanding these facts and corroborating public reports, Defendants have repeatedly published statements falsely asserting or implying that Harvie was, or is, the "subject of an FBI investigation" and that he appeared before the federal grand jury because he was under criminal investigation. during Harvie's current Congressional campaign, Defendants have repeatedly published statements falsely asserting or implying that Harvie was, or is, the "subject of an FBI investigation" and that he appeared before the federal grand jury because he was under criminal investigation.

**Defendants Accuse Harvie of Being an "FBI Corruption Subject" or "Under FBI Investigation"**

Formatted: Underline

Formatted: Line spacing: single

45.50. In April 2025, Harvie announced his candidacy for the U.S. House of Representatives, and in September 2025, he filed a Statement of Candidacy with the Federal Election Commission for Pennsylvania's 1st Congressional District. , designating Bob Harvie for Congress as his principal campaign committee.

46.51. In the May 19, 2026 Primary Election, Harvie won the Democratic Party's nomination for Representative in Congress for Pennsylvania's 1st Congressional District in the November 3, 2026 General Election on. November 3, 2026.

Harvie's political opponent in the General Election is Republican Congressman Brian Fitzpatrick.Since at least the time that Harvie announced his candidacy for the U.S. House of Representatives,

52.



**Error! Unknown document property name.**

53. Defendant Defending America PAC is political action committee "committed to implementing a strategic campaign that defends Congressman Fitzpatrick from extremist challengers on the far left and far right."[15]

54. Defending America PAC's Facebook page describes its mission as "committed to fully implementing a strategic campaign to fully expose FBI Corruption Subject Bob Harvie and all far-left and far-right extremist candidates in PA-1."

55. Upon information and belief, Defendant Chris Pack is an out-of-state political consultant based in New York responsible for developing and/or approving Defendant Defending America PAC's sustained campaign of calling Bob Harvie an "FBI corruption subject."

56. A recent publication identified Defendant Pack as "President" of Defending America PAC, Inc.[16]

57. Campaign finance reports reveal payments by Defending America PAC, Inc. for "strategy consulting" to Defendant Pack's firm, Breakwall Group.

58. Throughout the duration of Harvie's Congressional campaign, Defendants have repeatedly published statements falsely asserting or implying that Harvie was, or is, "the subject" of the FBI's investigation in Bucks County.

59. The *Philadelphia Inquirer*'s article on October 19, 2026, specifically identified "pro-Fitzpatrick super PAC, Defending America PAC," as "churning out different versions of the

Formatted: Space After: 0 pt

Formatted: Font: (Default) +Body (Times New Roman), Font color: Auto

[15] Defending America PAC, "Our Strategy," https://www.defendingamericapac.com/ (last visited Oct. 21, 2026).

[16] Tom Sofield, "Congressional Candidate Bob Harvie Sends Cease-&-Desist Letter to PAC Over Attack Ads," *LevittownNow.com* (July 2, 2026), https://levittownnow.com/2026/07/02/congressional-candidate-bob-harvie-sends-cease-desist-letter-to-pac-over-attack-ads/.

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt



Error! Unknown document property name.

attack" that Harvie is the "subject" of an FBI corruption investigation, and pointed out that "the ads imply that Harvie's grand jury testimony indicates malfeasance."[17]

60. The term "subject" has a specific meaning in federal criminal investigations. The U.S. Department of Justice Manual defines "'subject' of an investigation" as "a person whose conduct is within the scope of the grand jury's investigation." JM 9-11.151.

**Formatted:** Space After: 12 pt

61. Since at least the time that Harvie announced his candidacy for the U.S. House of Representatives, The locus of Defendants' campaign to defame Harvie is Defending America PAC's website: Fire Bob Harvie at www.fireharvie.com. Defendant Defending America PAC has maintained a website, titled "Fire Bob Harvie" at .

47.62. The disclaimer at the bottom of on fireharvie.comthe website states, "Paid for by Defending America PAC. Not authorized by any candidate or candidates [sic] committee. 824 S Miledge [sic] Avenue, Ste 102, Athens, GA 30605."

Upon information and belief, Defendant Chris Pack developed and/or approved Defendant America PAC's sustained campaign of calling Bob Harvie an "FBI corruption subject."

48.63. Campaign finance reports reveal payments by Defending America PAC, Inc. for "strategy consulting" to Defendant Pack's firm, Breakwall Group.Fireharvie.com refers to Harvie as "the subject of an FBI corruption investigation" or an "FBI corruption subject" throughout the website, including on pages about topics as unrelated as 2025 Q4 campaign finance reports,[18] an

[17] Fallon Roth, "Does Brian Fitzpatrick's Challenger, Bob Harvie, Have 'FBI Files' to Release? Pa. Legal Experts Say It's Unlikely," *The Philadelphia Inquirer*, (Oct. 19, 2026), https://www.inquirer.com/politics/election/brian-fitzpatrick-bob-harvie-fbi-files-fact-check-20261019.html.

[18] "Bob Harvie Is Totally Fu…," *Fire Bob Harvie*, (Feb. 17, 2026), https://fireharvie.com/bob-harvie-is-totally-fu/. (last accessed Aug. 3, 2026).



**Error! Unknown document property name.**

~~early~~ a Democratic Congressional Campaign Committee's "Red to Blue" list,[19] a Bucks County Democratic Committee forum,[20] former Congressman Eric Swalwell,[21] and Harvie's campaign websites.[22] ~~all state that Harvie "ma[d]e himself the subject of an FBI corruption investigation" or use the label "FBI corruption subject Bob Harvie" without explanation.~~

~~49.~~64. None of these pages provide any factual basis or clarifying context for ~~for labels connecting~~implicating Harvie into an FBI corruption investigation, particularly when discussing unrelated topics.

~~50.~~65. Upon information and belief, Defending America PAC has used similar language on other pages ~~on the website~~of fireharvie.com.

66. Defending America PAC operates another website called fbicorruptionsubjectbobharvie.com, dedicated to "[t]racking whether Bob Harvie has publicly released his complete, unredacted FBI grand jury transcript, FD-302 interview reports, grand jury subpoenas, and any and all DOJ correspondence related to the FBI corruption investigation."[23]

---

[19] "House Dem Campaign Arm Bails on Bob Harvie," *Fire Bob Harvie*~~,~~ (Feb. 23, 2026), https://fireharvie.com/house-dem-campaign-arm-bails-on-bob-harvie/. ~~(last visited Aug. 3, 2026).~~

[20] "Plot Twist: Santarsiero Is a Racist AND a Misogynist," *Fire Bob Harvie*~~,~~ (Mar. 3, 2026), https://fireharvie.com/plot-twist-santarsiero-is-a-racist-and-a-misogynist/ ~~(last visited Aug. 3, 2026)~~.

[21] "VIDEO: Bob Harvie Protects Sexual Predators," *Fire Bob Harvie*~~,~~ (Apr. 12, 2026), https://fireharvie.com/video-%f0%9f%93%b9-bob-harvie-protects-sexual-predators/ ~~(last visited Aug. 3, 2026)~~; "Harvie Shamed Into Calling Out Sexual Predators," *Fire Bob Harvie*, (Apr. 12, 2026), https://fireharvie.com/harvie-shamed-into-calling-out-sexual-predators/ ~~(last visitedAug. 3, 2026)~~.

[22] "Bob Harvie Caught Coordinating with Special Interest and Dark Money Groups," *Fire Bob Harvie*, (May 14, 2026), https://fireharvie.com/bob-harvie-caught-coordinating-with-special-interest-and-dark-money-groups/. ~~(last visited Aug. 3, 2026).~~

[23] "Has FBI Corruption Subject Bob Harvie Released the Records?" *FBI Corruption Subject Bob Harvie*, https://fbicorruptionsubjectbobharvie.com/ (last visited Oct. 21, 2026).



**Error! Unknown document property name.**

**Field Code Changed**

**Field Code Changed**

**Field Code Changed**

**Field Code Changed**

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt, Italic

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

67. The disclaimer on this second website states, "Paid for by Defending America PAC. Not authorized by any candidate or candidate's committee. 824 S Milledge Avenue, Ste 102, Athens, GA 30605."

68. Defendants also use various social media platforms to disseminate defamatory statements implicating Harvie in criminal wrongdoing.

~~51.~~69. ~~In addition,~~ Defending America PAC has referred to Harvie as an "FBI corruption subject" or "criminal subject" in at least thirty social media posts, including at least thirteen Facebook posts between August 2025 and October 2026.~~.~~

~~52.~~70. In one Facebook post, ~~For example,~~ Defending America PAC blatantly suggested that it had access to undisclosed information about Harvie, including Harvie's "FBI file," and threatened that "[e]very voter in PA-1 will soon learn all about this":




~~53.~~1. ~~Upon information and belief, Defendant Chris Pack developed and/or approved Defendant America PAC's sustained campaign of calling Bob Harvie an "FBI corruption subject."~~

~~54. A recent publication identified Defendant Pack as "President" of Defending America PAC, Inc.[24]~~

71. Defendant Pack made an identical post on his X.com account:




Formatted: Centered, Indent: Left: 0.5", No bullets or numbering

72. ~~In addition,~~Indeed, Defendant Pack has -called Harvie an "FBI corruption subject" in at least twenty posts or replies on ~~or~~ his ~~under FBI investigation on his personal accounts on~~ X.com account ~~at least twenty-~~between August 2025 and October 2026. ~~seven times.~~

~~55.~~73. Upon information and belief, Defendant Pack has also ~~repeatedly~~ told reporters that Harvie is an FBI corruption subject or under FBI investigation.

~~56.1. In addition, Pack has called Harvie an FBI corruption subject or under FBI investigation on his personal accounts on X.com at least twenty-seven times.~~

~~57. The term "subject" has a specific meaning in federal criminal investigations. The U.S. Department of Justice Manual defines "'subject' of an investigation" as "a person whose conduct is within the scope of the grand jury's investigation." JM 9-11.151.~~

~~[24] Tom Sofield, "Congressional Candidate Bob Harvie Sends Cease & Desist Letter to PAC Over Attack Ads," *LevittownNow.com* (July 2, 2026), https://levittownnow.com/2026/07/02/congressional-candidate-bob-harvie-sends-cease-desist-letter-to-pac-over-attack-ads/.~~



**Error! Unknown document property name.**

~~58.~~74. The repeated use of the ~~phrase~~ label "FBI corruption subject" ~~or "under FBI investigation"~~ by Defendants throughout their ~~communications~~online communications- ~~and~~ across multiple platforms ~~are~~ is susceptible to only one reasonable conclusion: that Defendants ~~intend~~ seek to impute criminal conduct to Harvie.

~~59.~~75. These statements by Defendants convey to residents of Pennsylvania's 1st Congressional District, in Harvie's community, that Harvie committed crimes, abused his public office, engaged in public corruption, and was, or is, the subject of an FBI investigation.

**Defendants Double Down on Defamation**

76. On July 2, 2026, Plaintiff~~s~~ sent a cease-and-desist letter to Defendants demanding that they "immediately cease and desist from falsely calling Bob an 'FBI corruption subject,' remove any such references on websites and social media accounts controlled by Defending America PAC or Chris Pack, and issue a public apology to set the record straight for the voters of Pennsylvania's 1st Congressional District." Letter from Timothy J. Ford, Esq. to Paul Kilgore & Chris Pack (July 2, 2026) ("Cease-and-Desist Letter"), attached as **Exhibit A**.

~~60.~~77. The Cease-and-Desist Letter further explained that Defendants "cannot easily disclaim awareness of serious doubts as to [the] truth" of Defendants' baseless allegations when "they republish[] a claim after it has been publicly and specifically denied by its subject, and after press reporting has corroborated the denial." Cease-and-Desist Letter, Ex. A at 2 (citing *St. Amant v. Thompson*, 390 U.S. 727, 732 (1968)).

~~61.~~78. The Cease-and-Desist letter ~~further~~ put Defendants on notice of the falsity of their baseless accusations, stating, "And if you somehow had not already been on notice of Bob's public denials and other statements around the grand jury testimony, this letter now puts you on notice." Cease-and-Desist Letter, Ex. A at 3.

62.79. Defendants did not respond directly to Plaintiffs. Instead, —despitethey the Cease-and-Desist Letter's notice of falsity of Defendants' baseless allegations—Defendants doubled down on their false and defamatory statements online.

80. First, Defendant Pack reposted the letter on his X.com account in his response to a post by the National Republican Congressional Committee (NRCC). In his post, he highlighted the letter's statement that he had called Harvie an "FBI corruption subject" or "under FBI investigation" at least twenty-seven times, stated that he "[a]greed," and again called Harvie an "FBI Corruption Subject," adding, "(And you'll need to update this to 28.)":

Formatted: Don't keep with next

Formatted: Font: (Default) +Body (Times New Roman)

~~63. Specifically, Defendant Pack "[a]greed" with the cease-and-desist letter that he made false and defamatory statements, adding that "you'll need to update" the number of times he called Harvie an FBI corruption subject "to 28":~~

Formatted: Indent: Left: 0.5", No bullets or numbering




Defending America PAC, Inc.
July 2, 2026
Page 3

officials.[4] Bob further stated publicly that Gene DiGirolamo, one of the Republican candidates promoted in the mailer, had privately acknowledged to a fellow commissioner that the attacks were lies.[5]

You have been on notice that Bob denies ever being under FBI investigation, yet you built a website, produced a video, and parroted the same baseless attack over thirty times on social media. In addition, your consultant, Chris Pack, has called Bob Harvie an FBI corruption subject or under FBI investigation on X.com at least twenty-seven times. Campaign finance reports also reveal payments by Defending America PAC to Chris Pack's firm, Breakwall Group, for various reasons including "strategy consulting." My client understands that Mr. Pack has repeatedly told reporters that Bob is an FBI corruption subject or under FBI investigation. For these reasons, my client understands that Mr. Pack has been involved in Defending America PAC's publications calling Bob an "FBI corruption subject." These repeated statements evidence your reckless disregard whether Bob was an "FBI corruption subject" or not. And if you somehow had not already been on notice of Bob's public denials and other statements around the grand jury testimony, this letter now puts you on notice.

Bob is prepared to defend his rights as he continues to make his case to the voters. Guide your actions accordingly.

Sincerely,

*/s/ Timothy J. Ford*
Timothy J. Ford

**Formatted:** List Paragraph, Keep with next



**Error! Unknown document property name.**




Defending America PAC, Inc.
July 2, 2026
Page 3

officials.[4] Bob further stated publicly that Gene DiGirolamo, one of the Republican candidates promoted in the mailer, had privately acknowledged to a fellow commissioner that the attacks were lies.[5]

You have been on notice that Bob denies ever being under FBI investigation, yet you built a website, produced a video, and parroted the same baseless attack over thirty times on social media. In addition, your consultant, Chris Pack, has called Bob Harvie an FBI corruption subject or under FBI investigation on X.com at least twenty-seven times. Campaign finance reports also reveal payments by Defending America PAC to Chris Pack's firm, Breakwall Group, for various reasons including "strategy consulting." My client understands that Mr. Pack has repeatedly told reporters that Bob is an FBI corruption subject or under FBI investigation. For these reasons, my client understands that Mr. Pack has been involved in Defending America PAC's publications calling Bob an "FBI corruption subject." These repeated statements evidence your reckless disregard whether Bob was an "FBI corruption subject" or not. And if you somehow had not already been on notice of Bob's public denials and other statements around the grand jury testimony, this letter now puts you on notice.

Bob is prepared to defend his rights as he continues to make his case to the voters. Guide your actions accordingly.

Sincerely,

/s/ Timothy J. Ford
Timothy J. Ford

81. Next, Defendant Pack posted the letter directly to his own X.com account, calling Harvie an "FBI corruption subject" twice more, and adding "*29, and 30."

~~64.~~82. Despite the Cease-and-Desist letter, Defending America PAC continued to defame Harvie, posting to fireharvie.com on ~~Most recently,~~July 29, 2026, that ~~Defending America PAC added a page on its "Fire Bob Harvie" website titled,~~ "Defending America PAC Offers to Pay for FBI Corruption Subject Bob Harvie's Defamation Lawsuit."[25]

---

[25] "Defending America PAC Offers to Pay for FBI Corruption Subject Bob Harvie's Defamation Lawsuit," *Fire Bob Harvie*~~,~~ (July 29, 2026), https://fireharvie.com/defending-america-pac-offers-to-pay-for-fbi-corruption-subject-bob-harvies-defamation-lawsuitwhen-can-we-expect-fbi-corruption-subject-bob-harvies-defamation-lawsuit/. ~~(last visited Aug. 3, 2026).~~



**Error! Unknown document property name.**

83. The page further stated, "Fast forward to today, and he still hasn't filed suit *despite us calling him an FBI corruption subject dozens of additional times*."[26]

84. A week later, on August 5, 2026, Harvie ~~and his political campaign, Bob Harvie for Congress,~~ sued Defendants for defamation and false light invasion of privacy. ~~(~~ECF No. 1~~)~~.

85. Still undeterred, Defending America PAC has uploaded at least ten additional posts to fireharvie.com since Harvie commenced this action, all of which refer to Harvie as an "FBI Corruption Subject."

~~65.~~86. Likewise, since Harvie commenced this action, Defendant Pack has made at least five posts or replies on his X.com account, all of which call Harvie an "FBI corruption subject."

**Without Any Facts, Defendants Make Outrageous Accusations of Inappropriate Conduct**

~~66.~~87. Defendants' attacks are not limited to accusations of criminal corruption. In the same post admitting to calling~~did not stop there. In addition to their admission that they called~~ Harvie "an FBI corruption subject dozens of additional times," and offering to pay for Harvie's defamation suit, Defendants accused Harvie of "~~they published a new defamatory statement about "Harvie~~ getting a little too cozy with a county employee."~~" in a post on Defendants' website titled, "Defending America PAC Offers to Pay for FBI Corruption Subject Bob Harvie's Defamation Lawsuit."~~[27]




**Formatted:** Normal, Left, Don't add space between paragraphs of the same style, No bullets or numbering

[26] *Id.* (emphasis added).
[27] *Id.*

88. The publication linked to a screenshot of a Facebook post by "Chris Smith" ~~-~~with a picture of Harvie and the text, "I'm Bobbie Harvie and I banged #SaraRisi, a Bucks County Children Children [sic] and Youth Worker while I was married. Did I help her become a supervisor?"[28]




~~67.~~

**Formatted:** Normal, Centered, No bullets or numbering

89. Defendant Defending America PAC posted the same accusation of Harvie "getting cozy with a county employee" on its Facebook page and included a link~~ed~~ to the fireharvie.com post offering to pay for Harvie's defamation lawsuit.

~~68.~~90. Defendants also widely republished via an email blast to their followers the accusation that Harvie was "getting cozy" with a county employee~~,~~ and included a link to the fireharvie.com post and the link to the Facebook screenshot referenced above. ~~On July 29, 2026, Defendants also widely published by email to their email list the web post titled "Defending America PAC Offers to Pay for FBI Corruption Subject Bob Harvie's Defamation Lawsuit," which~~

[28] https://fireharvie.com/wp-content/uploads/2026/07/DirtyBob.jpeg.

~~included the same new defamatory statement with a link to a screenshot of the Facebook post referenced above.~~

~~69.~~91. Harvie never cheated on his wife and never had sex with a Bucks County employee.

~~70.~~92. Harvie never used his position to influence a decision to promote a Bucks County employee inappropriately.

~~71.~~93. The Facebook screenshot with Harvie's picture ~~publication~~ directly accuses Harvie of engaging in an extramarital relationship with a Bucks County employee while serving as a Bucks County Commissioner and misusing his public office, in order to destroy his reputation.

~~72.~~94. Upon information and belief, Defendants made no effort to verify the truth of the Facebook ~~publication~~ screenshot before ~~uploading a screenshot of the Facebook post to their website, thereby~~ republishing it on fireharvie.com and subsequently ~~, and then widely~~ disseminating it widely through an email blast to their mailing list.

~~73.~~95. It is incorrect, irresponsible, and defamatory for Defendants to take unfounded allegations and republish them without knowing the facts.

~~74.~~96. Defendants' reckless disregard for the truth rises to the level of actual malice, even in the context of a hotly contested political campaign.

## CLAIMS FOR RELIEF

**Count I**
**Defamation**
~~**(Plaintiffs Bob Harvie and Bob Harvie for Congress Against All Defendants)**~~

~~75.~~97. Plaintiff~~s~~ Bob Harvie ~~and Bob Harvie for Congress~~ incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.



**Error! Unknown document property name.**

76.98. Defendants published, and continue to publish, numerous false and defamatory statements concerning Harvie and Bob Harvie for Congress through a dedicated website, social media posts, email communications, and video posts.

99. Defendants falsely state and imply that Harvie was, or is, an "FBI corruption subject," the "subject of an FBI investigation," or a "criminal subject," and that he engaged in criminal conduct.

100. Defendants also falsely state and imply that Harvie cheated on his wife, had sex with a Bucks County employee, and used his position to influence a decision to promote a Bucks County employee inappropriately.

77.101. Defendants have published their false and defamatory statements widely, and these statements and have been received by Harvie's community in Pennsylvania's 1st Congressional District.

78. Defendants falsely state and and imply that Harvie was, or is, under FBI investigation, an "FBI corruption subject," the "subject of an FBI investigation," an "FBI corruption subject," or an "FBI criminal corruption subject," and that he engaged in criminal conduct.

79.1. Defendants also falsely state and imply that Harvie cheated on his wife, had sex with a Bucks County employee, and used his position to influence a decision to promote a Bucks County employee inappropriately.

80.102. The statements expressly identify Harvie by name and are understood by their recipients, including Harvie's community in Pennsylvania's 1st Congressional District, to refer to Harvie.

~~81.~~103. The statements are false. Harvie has never been charged with any crime in connection with the FBI's investigation in Bucks County, and he has never engaged in the criminal conduct Defendants attribute to him.

~~82.~~104. Harvie was never a target of the FBI's investigation.

Formatted: Not Highlight

~~83.~~105. Harvie understood that he provided testimony in grand jury proceedings in the capacity of a witness.

~~84.~~106. ~~In addition,~~ Harvie has never cheated on his wife and never had sex with a Bucks County employee, nor has he ever used his position to influence a decision to promote a Bucks County employee inappropriately.

~~85.~~107. The statements made by Defendants are capable of a defamatory meaning and are understood by recipients, including Harvie's community in Pennsylvania's 1st Congressional District, to mean that Harvie committed crimes, abused his public office, engaged in public corruption, and was, or is, the subject of an FBI ~~under federal~~ criminal investigation.

~~86.~~108. These statements harm Harvie's reputation, expose him to public contempt and ridicule, discourage others from associating with him, and tend to lower him in the estimation of the community.

~~87.~~109. The statements constitute defamation per se because they falsely impute criminal conduct and sexual misconduct incompatible with Harvie's fitness to serve as an elected public official.

~~88.~~110. Under Pennsylvania law, a statement can be defamatory without charging a particular criminal offense by name or description. Restatement (Second) of Torts § 571, cmt. c.

~~89.~~111. Defendants know the statements are false or act with reckless disregard as to their truth or falsity, intending to portray Harvie falsely as corrupt and engaged in criminal conduct.

~~90.~~112. Despite Harvie's repeated public denials and independent media reports directly refuting Defendants' claims that Harvie was, or is, the subject of an FBI investigation, Defendants repeatedly publish and republish these false statements.

~~91.~~113. Likewise, Defendants made no effort to verify the truth of a Facebook post that they republished on their website directly accusing Harvie of engaging in an extramarital relationship with a Bucks County employee while serving as a Bucks County Commissioner and misusing his public office to promote a Bucks County employee.

~~92.~~114. Defendants ~~never state the~~provide no factual basis for their false and defamatory statements, which imply the existence of undisclosed defamatory facts.

~~93.~~115. As a direct and proximate result of Defendants' defamatory publications, Harvie suffers serious injury to his reputation and standing in the community, including among residents in Bucks County and Pennsylvania's 1st Congressional District, both during and after his campaign for Representative in Congress for Pennsylvania's 1st Congressional District.

~~94.~~116. In Defendants' concerted effort to diminish public confidence in Harvie's integrity and fitness for public office, Defendants' publications have harmed his personal and professional reputation built over more than two decades of public service, caused emotional distress, and caused other damages, in an amount to be determined at trial.

~~95. As a direct and proximate result of Defendants' defamatory publications, Bob Harvie for Congress has been forced to divert and reallocate campaign resources to respond to Defendants' false and defamatory publications to mitigate their effects and to sustain Harvie's principal campaign committee's mission to elect Harvie as Representative in Congress for Pennsylvania's 1st Congressional District in the November 3, 2026 General Election.~~

~~96.~~117. Defendants' conduct is not politics as usual. As shown by doubling down on their escalating rhetoric, Defendants' conduct is willful, wanton, malicious, and undertaken with actual malice and reckless indifference to Harvie's rights, thereby entitling Harvie to recover punitive damages.

**WHEREFORE**, Plaintiff~~s~~ Bob Harvie ~~and Bob Harvie for Congress~~ respectfully requests this Court enter judgment in ~~their~~ his favor and against Defendants, and award compensatory damages, presumed damages, punitive damages, and attorneys' fees in excess of $75,000 as well as costs of suit, as permitted by law, and such other relief as the Court deems just and proper.

**Count II**
**False Light Invasion of Privacy**
~~**(Plaintiffs Bob Harvie and Bob Harvie for Congress Against All Defendants)**~~

~~97.~~118. Plaintiff~~s~~ Bob Harvie ~~and Bob Harvie for Congress~~ incorporates by reference the allegations contained in the preceding paragraphs as though fully set forth herein.

~~98.~~119. Defendants give widespread publicity to matters concerning Harvie by publishing and repeatedly republishing statements through a dedicated website, social media posts, email communications, and video.

~~99.~~120. Through those publications, Defendants falsely portray Harvie as corrupt, ~~under an~~ the subject of an FBI criminal investigation, engaging in an extramarital relationship with a Bucks County employee, and misusing his public office to promote a Bucks County employee.

~~100.~~121. Defendants create this false impression by selectively publicizing portions of the publicly available facts while omitting material facts, including that Harvie appeared before the federal grand jury as a witness, not as the subject or target of the FBI's investigation; no criminal charges were filed against Harvie; no public accusation of wrongdoing was ever made



**Error! Unknown document property name.**

against him; Harvie publicly denied he was under investigation; and independent public reporting continues to confirm that Harvie was not under FBI investigation.

~~101.~~122. By omitting these material facts while repeatedly describing Harvie as an~~the~~ "FBI corruption subject," the "subject of an FBI investigation," a ~~"FBI corruption subject," an~~ "criminal subject," or~~and~~ otherwise associating him with corruption and criminal wrongdoing, Defendants are intentionally publicizing Harvie in a false light.

~~102.~~123. Likewise, Defendants made no effort to verify the truth of a Facebook post that they republished on their website directly accusing Harvie of engaging in an extramarital relationship with a Bucks County employee while serving as Bucks County Commissioner and misusing his public office to promote a Bucks County employee.

~~103.~~124. The false light in which Defendants place Harvie would be highly offensive to a reasonable person.

~~104.~~125. Defendants know that the false impression created by their publications is false or act with reckless disregard for the falsity of the matters publicized and the false light in which those publications place Harvie.

~~105.~~126. As a direct and proximate result of Defendants' defamatory publications, Harvie suffers serious injury to his reputation and standing in the community, including among residents in Bucks County and Pennsylvania's 1st Congressional District, both during and after his campaign for Representative in Congress for Pennsylvania's 1st Congressional District.

~~106.~~127. In Defendants' concerted effort to diminish public confidence in Harvie's integrity and fitness for public office, Defendants' publications have harmed his personal and professional reputation built over more than two decades of public service, caused emotional distress, and caused other damages, in an amount to be determined at trial.

107. As a direct and proximate result of Defendants' defamatory publications, Bob Harvie for Congress has been forced to divert and reallocate campaign resources to respond to Defendants' false and defamatory publications to mitigate their effects and to sustain Harvie's principal campaign committee's mission to elect Harvie as Representative in Congress for Pennsylvania's 1st Congressional District in the November 3, 2026 General Election.

108.128. Defendants' conduct is not politics as usual. As shown by doubling down on their escalating rhetoric, Defendants' conduct is willful, wanton, malicious, and undertaken with actual malice and reckless indifference to Harvie's rights, thereby entitling Harvie to recover punitive damages.

**WHEREFORE**, Plaintiffs Bob Harvie and Bob Harvie for Congress respectfully requests this Court enter judgment in their his favor and against Defendants, and award compensatory damages, presumed damages, punitive damages, and attorneys' fees in excess of $75,000 as well as costs of suit, as permitted by law, and such other relief as the Court deems just and proper.

Dated: October 27August 5, 2026

Respectfully submitted,

/s/ *Timothy J. Ford*
Timothy J. Ford (Pa. Id. No. 325290)
Maggie Barker Taylor (Pa. Id. No. 332672)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
mbarkertaylor@dilworthlaw.com
*Counsel for Plaintiffs,*
*Bob Harvie and Bob Harvie for Congress*