**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BOB HARVIE,** <br> **Plaintiff,** | : | **CIVIL ACTION** |
| **v.** | : | **No. 2:26-cv-05544** |
| **DEFENDING AMERICA PAC, INC. and CHRIS PACK,** <br> **Defendants.** | : | **JURY DEMANDED** |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AND**
**APPLICATION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Bob Harvie, by and through his undersigned counsel, Dilworth Paxson LLP, hereby submits the following Response in Opposition to the Motion to Dismiss the Amended Complaint and Application for Attorneys' Fees and Costs filed by Defendants Chris Pack and Defending America PAC, Inc. and, in support thereof, relies on the attached Memorandum of Law.

Dated: November 16, 2026

Respectfully submitted,

/s/ *Timothy J. Ford*

Timothy J. Ford (Pa. Id. No. 325290)
Maggie Barker Taylor (Pa. Id. No. 332672)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
mbarkertaylor@dilworthlaw.com
*Counsel for Plaintiff Bob Harvie*