**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BOB HARVIE,** <br> **Plaintiff,** <br><br> **v.** <br><br> **DEFENDING AMERICA PAC, INC. and CHRIS PACK,** <br> **Defendants.** | : | **CIVIL ACTION** <br><br> **No. 2:26-cv-05544** <br><br> **JURY DEMANDED** |

**[PROPOSED] ORDER**

**AND NOW**, on this ___________ day of ________________, 202__, upon consideration of Defendants' Motion to Dismiss the Amended Complaint and Application for Attorneys' Fees and Costs Pursuant to 42 Pa.C.S. § 8340.18, and Plaintiff's response in opposition thereto, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss the Amended Complaint is **DENIED**; and
2. Defendants' Application for Attorneys' Fees and Costs is **DENIED**.

**BY THE COURT:**

________________________________________
**J.**