**CERTIFICATE OF SERVICE**

I, Timothy J. Ford, hereby certify that on November 16, 2026, I caused a true and correct copy of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss the Amended Complaint and Application for Attorneys' Fees and Costs to be filed through the Court's Electronic Filing System, which will provide service to counsel of record as listed below:

George Bochetto, Esq.
Bochetto & Lentz, P.C.
1424 Locust Street
Philadelphia, PA 19102
gbochetto@bochettoandlentz.com
*Local Counsel for Defendants Defending America PAC and Chris Pack*

Dennis W. Polio Esq.
Lex Politica
611 Pennsylvania Ave. SE, #353
Washington, DC 20003
dpolio@lexpolitica.com
*Counsel for Defendants Defending America PAC and Chris Pack*

/s/ *Timothy J. Ford*
Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
*Counsel for Plaintiff Bob Harvie*