# CERTIFICATION OF PAGE LIMITS

Pursuant to paragraph III.E.1 of the Policies and Procedures of Judge Kai N. Scott, I, Timothy J. Ford, hereby certify that this Memorandum of law exceeds the twenty-five page limit due only to the size of pictures embedded within the filing on pages 6 and 7.

/s/ *Timothy J. Ford*
Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
*Counsel for Plaintiff Bob Harvie*